**No. P68/185.**—P. W. Bellingall, Inc., and Thos. D. Stevenson & Sons, Inc. *v.* United States, protests 63/9546 and 63/9547 (San Francisco).

BECKWORTH, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of steel strips similar in all material respects to those the subject of *Geo. S. Bush & Co., Inc., and Heidner & Co.* v. *United States* (52 Cust. Ct. 344, Abstract 68544), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, APRIL 1, 1968

**No. P68/186.**—James A. Green, Jr. & Co. *v.* United States, protests 62/15999, etc. (St. Louis).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of thermo-plastic tape used in the electrical trade for wrapping electrical wire splices and connections similar in all material respects to that the subject of *Devon Tape Corp.* v. *United States* (57 Cust. Ct. 507, C.D. 2856), the claim of the plaintiff was sustained.

**No. P68/187.**—E. M. Stevens Corp. *v.* United States, protest 61/23426(B) (New York).

BECKWORTH, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of knives similar in all material respects to those the subject of *National Carloading Corp.* v. *United States* (54 Cust. Ct. 178, C.D. 2529), except that said knives are with handles of wood, the claim of the plaintiff was sustained.